AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

Northern _____ DISTRICT OF _____ Ohio

UNITED STATES OF AMERICA

v.

Sergio Andrade

**WARRANT FOR ARREST**

CASE NUMBER: 1:01 CR 519

10294

01-10294M   JUDGE NUGENT

FILED RECEIVED
NOV 15 2001
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Sergio Andrade___
                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

conspiracy to possess with intent to distribute and distribute over 100 kilogram marijuana

possess with intent to distribute marijuana

in violation of Title __21__ United States Code, Section(s) __841(a)(1)/(b)(1)(B)/(b)(1)(c) and 846__

William H. Baughman, Jr.
Name of Issuing Officer

[signature]
Signature of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

11-13-01  Cleveland, Ohio
Date and Location

Bail fixed at $ _____ by _____
                              Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

| UNITED STATES DISTRICT COURT | MAGISTRATE JUDGE'S MINUTES |
|---|---|
| DISTRICT OF ARIZONA - TUCSON | ****************************** |

**Filed: 11/30/01**

DATE: 11/30/01     CASE NUMBER: 01-10294M     Clerk, U.S. District Court, District Of Arizona  BY: _____ (Deputy)

USA vs. SERGIO ANDRADE

U.S. MAGISTRATE JUDGE: MAGISTRATE GLENDA E. EDMONDS   Judge #: 70BH

U.S. Attorney  Robert Miskall for Christina Cabanillas     INTERPRETER REQ'D  Bertha Sophie Alvarez

Attorney for Defendant  Saji Vettiyil (Spec Appr)

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY

☒ BOND RELEASE:
   BOND PREVIOUSLY SET BY  ☐ TERLIZZI  ☐ FIORA  ☐ CARRUTH  ☒ EDMONDS
   AT $ 25,000.00 corporate surety

CONDITIONS SET FORTH ARE AS FOLLOWS:

☒ DEFENDANT SHALL NOT TRAVEL OUTSIDE  Arizona except for court appearances in Northern District of Ohio and NO TRAVEL TO MEXICO.

☒ DEFENDANT SHALL SEEK VERIFIABLE EMPLOYMENT

☐ DEFENDANT SHALL HAVE NO CONTACT WITH ANY VICTIMS, WITNESSES, OR POTENTIAL WITNESSES

☒ DEFENDANT SHALL NOT USE ANY ALCOHOL TO EXCESS AND SHALL NOT USE OR POSSESS ANY NARCOTIC OR OTHER CONTROLLED SUBSTANCES WITHOUT A LEGAL PRESCRIPTION.

☒ DEFENDANT SHALL PARTICIPATE IN ☒ DRUG ☒ ALCOHOL ☒ PSYCHIATRIC COUNSELING, AND SUBMIT TO DRUG TESTING AS DIRECTED BY PRETRIAL SERVICES.
   DEFENDANT SHALL MAKE A CO-PAYMENT TO THE AGENCY CONTRACTED AND NOT EXCEED TOTAL COST, UNTIL SERVICES ARE TERMINATED, AS DIRECTED BY PRETRIAL SERVICES/OFFICER.

☒ DEFENDANT SHALL REPORT TO PRETRIAL SERVICES AS DIRECTED.

☐ DEFENDANT SHALL COMPLY WITH CURFEW OF ___❖___

☐ DEFENDANT SHALL RESIDE AT ☐ BEHAVIORAL SYSTEMS SOUTHWEST ☐ NEW BEGINNINGS TREATMENT CENTER ☐ VIDA SERENA TREATMENT CENTER AND ABIDE BY ALL CONDITIONS AS DIRECTED BY STAFF.

☐ DEFENDANT SHALL COMPLY WITH ELECTRONIC MONITORING AND ABIDE BY ALL REQUIREMENTS.
☐ DEFENDANT SHALL PAY FOR THE MONITORING ONE MONTH IN ADVANCE AT THE RATE OF $4.35 PER DAY AND THEREAFTER REGULAR MONTHLY PAYMENTS UNTIL MONITORING IS TERMINATED.

☐ DEFENDANT IS PLACED IN THE CUSTODY OF ___❖___.
☒ DEFENDANT SHALL NOT POSSESS ANY FIREARM OR ANY OTHER DANGEROUS OR DESTRUCTIVE DEVICES

ALL OTHER STANDARD CONDITIONS OF RELEASE ARE ADOPTED BY THE COURT.

☒ DEFENDANT ADVISED OF CONDITIONS OF RELEASE ☒ ON THE RECORD ☐ ADVISED PREVIOUSLY
☒ SURETY ADVISED OF CONDITIONS OF RELEASE ☒ ON THE RECORD ☐ ADVISED PREVIOUSLY
☒ DEFENDANT RELEASED ON JUDGE'S SIGNATURE
☒ OTHER:  Defendant to report to the U.S. District Courthouse, 201 Superior Avenue East, Clevland, Ohio 44114-1201 on December 6, 2001 at 9:00 AM before Judge Nugent.  Defendant's counsel advises Court that he has made the arrangements for this hearing to go forth in Ohio on 12/6/01.  Government concurs, and defendant advised on the record of change.

Copies to:
Cabanillas, Vettiyil, PSA, S Chavez, N. Dist. Ohio-East. Dist.

RECORDED: Cass. E01-161: 253 - 403
# _____ : _____ to: _____
BY: John Devine, Deputy Clerk

**Copies Distributed**